# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

YANINE MICHELLE NAJERA,                  §
                                         §
      **Plaintiff,**                       §
                                         §
v.                                       §        CIVIL NO. 6:26-CV-138
                                         §
TODD WALLACE BLANCHE, Acting             §
U.S. Attorney General, et al.,           §
                                         §
      **Defendants.**                     §
                                         §

## ORDER

On July 13, 2026, Plaintiff Yanine Michelle Najera submitted a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Dkt. 8. Plaintiff dismissed the action voluntarily, citing Rule 41(a)(1)(A)(i), before Defendant had filed an answer or motion for summary judgment. *Id.* This unilateral dismissal requires no judicial action and is effective automatically upon filing. *See Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013).

Plaintiff's action is therefore **DISMISSED WITHOUT PREJUDICE.** Accordingly, as nothing remains to resolve, this case is now **CLOSED**. Therefore, the Clerk's Office is directed to **CLOSE** this case.

**SIGNED ON JULY 13, 2026.**

_____
**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**